# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 24, 2025

Before
DIANE S. SYKES, *Chief Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| No. 24-1559 | HEATHER SCHROEDER and MISTY TANNER,<br>Plaintiffs - Appellees<br><br>v.<br><br>PROGRESSIVE PALOVERDE INSURANCE COMPANY and PROGRESSIVE SOUTHEASTERN INSURANCE CO.,<br>Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:22-cv-00946-JMS-MKK<br>Southern District of Indiana, Indianapolis Division<br>District Judge Jane Magnus-Stinson ||

We **REVERSE**, with costs, the district court's class certification order and **REMAND** for further proceedings consistent with this opinion. The above is in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)